THE PEOPLE OF THE STATE OF NEW YORK, DEFEND-
ANT IN ERROR, v. WILLIAM CLARK, PLAINTIFF IN ERROR.

WRIT of error to the Court of Sessions of the county of Erie.
Clark was indicted jointly with one George Taylor for burglary.
The prosecution gave some evidence to connect the prisoner with
Taylor in the commission of the offense, which was submitted to the
jury without objection.   Evidence was also given to show that the
burglarious implements found at the place of the burglary were
made at Rochester for Taylor.   This evidence was objected to.
This court was of opinion that such evidence was pertinent to prove
the guilt of the prisoner.   The court refused to pass upon the ques-
tion, whether the evidence as to Taylor's connection with Clark was
sufficient to implicate him, as it did not appear that all the evidence
given on the trial was before it.

*Cook & Fitzgerald*, for the plaintiff in error.

*Benj. H. Williams*, district attorney, for the defendant in error.

Opinion by GILBERT, J.

Conviction affirmed.